J. H. HOLSCHEN, Appellant, v. FRANK FEHLIG,
Respondent.

St. Louis Court of Appeals, December 5, 1893.

The Evidence in this cause is considered, and is *held* not to indisput-
ably establish a right on the part of the plaintiff to recover.

*Appeal from the St. Louis City Circuit Court.*—HON.
J. A. HARRISON, Special Judge.

AFFIRMED.

*Robert L. McLaran* for appellant.

*C. A. Schnake* for respondent.

ROMBAUER, P. J.—The plaintiff, who is a real
estate agent, sued the defendant for commissions
which he claimed to have earned in the sale of defend-
ant's house. The court tried the cause without a jury
and rendered a judgment for the defendant. The plain-
tiff assigns for *sole* error in this court that "there was
no substantial evidence to support the judgment."

The burden of proof in this case was with the
plaintiff; hence an assignment of error, that "there
was no substantial evidence to support a judgment *for
the defendant*," involves a contradiction in terms. We
have, however, treated the assignment as if it intended
to charge that the plaintiff was entitled to recover on
the undisputed facts. With that view, we have read
over the evidence, and find that the facts are contro-

verted throughout. The plaintiff gave evidence tending to show that he was the procuring cause of the sale. The defendant gave evidence tending to show that not the plaintiff, but a third person, was the cause; and, moreover, that the defendant had paid commissions to such third person upon plaintiff's disclaimer of them. It must be evident that the finding of the trial court in that state of the record cannot be disturbed, and that no question of law is presented for our consideration on this appeal.

All the judges concurring, the judgment is affirmed.